OFFICE OF DISCIPLINARY COUNSEL *v.* SIGALL.

[Cite as Disciplinary Counsel *v.* Sigall (1989), 45 Ohio St. 3d 601.]

(No. D.D. 84-10—Submitted June 28, 1989—Decided August 9, 1989.)

*Jodelle D'Amico Siekmann,* for respondent.

Respondent's second application for reinstatement to the practice of law is granted. Herschel M. Sigall is reinstated to the practice of law in Ohio. (For earlier cases, see [1984], 14 Ohio St. 3d 15, 14 OBR 320, 470 N.E. 2d 886, and [1989], 42 Ohio St. 3d 604, 538 N.E. 2d 109.)

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

IN RE RESIGNATION OF MOORE.

[Cite as In re Resignation of Moore (1989), 45 Ohio St. 3d 601.]

(No. 89-1397—Submitted August 15, 1989—Decided September 13, 1989.)

The resignation of William Julius Moore as an attorney is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.